In the Matter of JACK PAUL, Respondent, v. CITY OF NEW YORK HOUSING AND DEVELOPMENT ADMINISTRATION, DEPARTMENT OF RENT AND HOUSING MAINTENANCE, OFFICE OF RENT CONTROL, BENJAMIN ALTMAN, COMMISSIONER, Appellant.—

Concur — Stevens, P. J., Capozzoli, Markewich, Nunez and Eager, JJ.